AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CITY NATIONAL BANK OF FLORIDA, a national banking association,

*Plaintiff(s)*

v.

CITY NATIONAL BANK, a national banking association; and ROYAL BANK OF CANADA, a bank chartered in Canada,

*Defendant(s)*

Civil Action No. 16-cv-60645-KMW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ROYAL BANK OF CANADA
c/o Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael I. Santucci, Esq.
SANTUCCI PRIORE, P.L.
200 South Andrews Avenue, Suite 100
Fort Lauderdale, Florida 33301
Telephone: (954) 351-7474 E-mail: mis@500law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Mar 28, 2016

Steven M. Larimore
Clerk of Court

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| CITY NATIONAL BANK OF FLORIDA, a national banking association,<br>*Plaintiff(s)*<br>v.<br>CITY NATIONAL BANK, a national banking association; and ROYAL BANK OF CANADA, a bank chartered in Canada,<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br><br>16-cv-60645-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
  CITY NATIONAL BANK
  555 South Flower Street
  Los Angeles, California 90071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Michael I. Santucci, Esq.
  SANTUCCI PRIORE, P.L.
  200 South Andrews Avenue, Suite 100
  Fort Lauderdale, Florida 33301
  Telephone: (954) 351-7474 E-mail: mis@500law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Mar 28, 2016

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts