**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:16-cv-60645-WILLIAMS/SIMONTON**

CITY NATIONAL BANK OF FLORIDA,

Plaintiff,

vs

CITY NATIONAL BANK, and
ROYAL BANK OF CANADA

Defendants.
_______________________________________/

**DEFENDANT, ROYAL BANK OF CANADA'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Royal Bank of Canada, by and through its undersigned counsel, hereby makes the following disclosure:

Royal Bank of Canada is a bank chartered under the laws of Canada. Royal Bank of Canada has no parent corporation and no publically held corporation owns 10% or more of its stock.

*[signature on following page]*

Date: July 21, 2016

Respectfully submitted,

**LOTT & FISCHER PL**

**s/ Ury Fischer**

Leslie J. Lott
Florida Bar No. 182196
E-mail: ljlott@lottfischer.com
Ury Fischer
Florida Bar No. 048534
E-mail: ufischer@lottfischer.com
Noah H. Rashkind
Florida Bar No. 021945
E-mail: nrashkind@lottfischer.com
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Telephone: (305) 448-7089
Facsimile: (305) 446-6191

and

**LOEB & LOEB LLP**
David W. Grace
Florida Bar No. 0344222
E-mail: dgrace@loeb.com
Jennifer Jason*
E-mail: jjason@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067
Telephone: 310-282-2000
Facsimile: 310-282-2200

**to be admitted Pro Hac Vice*

***Attorneys for Defendant City National Bank***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

s/ Ury Fischer
Ury Fischer

## SERVICE LIST

***City National Bank of Florida v. City National Banks and Royal Bank of Canada***
United States District Court, Southern District of Florida
Case No. 0:16-cv-60645-WILLIAMS/SIMONTON

Service via CM/ECF generated Notices of Electronic Filing:

Michael I. Santucci
E-mail: mis@500law.com
**SANTUCCI PRIORE, P.L.**
200 South Andrews Avenue
Museum Plaza, Suite 100
Ft. Lauderdale, FL 33301
Telephone: (954) 351-7474
Facsimile: (954) 351-7475

***Attorneys for Plaintiff***