# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-cv-60645-KMW

CITY NATIONAL BANK OF FLORIDA,
a national banking association,
    Plaintiff,

vs.

CITY NATIONAL BANK, a national banking association; and ROYAL BANK OF CANADA, a bank chartered in Canada,

    Defendants.
_____/

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, CITY NATIONAL BANK OF FLORIDA ("Plaintiff") and Defendant, CITY NATIONAL BANK ("Defendant") (hereinafter collectively referred to as "the Parties"), by and through their respective undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action including the dismissal of all claims and counterclaims. Each party agrees to bear its own attorney's fees and costs.

Respectfully Submitted,

| **SANTUCCI PRIORE, P.L.** | **LOEB & LOEB LLP** |
|---|---|
| *Counsel for Plaintiff* <br> 200 South Andrews Avenue, Suite 100 <br> Fort Lauderdale, Florida 33301 <br> (954) 351-7474/telephone <br> (954) 351-7475/facsimile <br><br> By: /s/ <br> Michael I. Santucci, Esq. <br> Florida Bar No. 0105260 <br> mis@500law.com <br> docketing@500law.com <br> Daniel Devine, Esq. | *Counsel for Defendant* <br><br> By: /s/ <br> David W. Grace (Florida Bar No. 0344222) <br> Email: dgrace@loeb.com <br> 10100 Santa Monica Blvd., Suite 2200 <br> Los Angeles, CA 90067 <br> (310) 282-2000 <br> (310) 282-2200 <br><br> -and- |

| Florida Bar No. 92342<br>ddevine@500law.com | **LOTT & FISCHER, PL**<br><br>Leslie J. Lott (Florida Bar No. 048534)<br>Email: ljlott@lottfischer.com<br>Ury Fischer (Florida Bar No. 048534)<br>Email: ufischer@lottfischer.com<br>Noah H. Rashkind (Florida Bar No. 021945)<br>Email: nrashkind@lottfischer.com<br>255 Aragon Avenue, Third Floor<br>Coral Gables, Florida 33134<br>(305) 448-7089/telephone<br>(305) 446-6091/facsimile |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   *s/ David W. Grace*
    David W. Grace

**SERVICE LIST**
**CITY NATIONAL BANK OF FLORIDA v. CITY NATIONAL BANK et al.**
Case No.: 16-cv-60645-KMW
United States District Court, Southern District of Florida

Service via CM/ECF generated Notices of Electronic Filing:

Michael I. Santucci
E-mail:  mis@500law.com
**SANTUCCI PRIORE, P.L.**
200 South Andrews Avenue
Museum Plaza, Suite 100
Ft. Lauderdale, FL  33301
Telephone:  (954) 351-7474
Facsimile:  (954) 351-7475

*Attorneys for Plaintiff*

15783051.1
014342-10137