UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-60645-CIV -WILLIAMS

CITY NATIONAL BANK OF FLORIDA,

    Plaintiff,

vs.

CITY NATIONAL BANK,

    Defendant.

_____/

**ORDER DISMISSING CASE**

**THIS MATTER** is before the Court on (DE 117) the Parties' stipulation of dismissal *without prejudice*. Upon review of the joint stipulation and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own attorneys' fees and costs. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 3rd day of April, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE